IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JULIA TRUSSEL, | * | |
| Plaintiff, | * | |
| v. | * | CV 117-077 |
| WORLEY GRIZZLE et al., | * | |
| Defendants. | * | |

**O R D E R**

A defendant may remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction" to the district court "embracing the place where such action is pending." 28 U.S.C. § 1441(a). Under 28 U.S.C. § 1332, district courts have original jurisdiction over claims between citizens of different states if "the matter in controversy exceeds the sum or value of $75,000." Id. § 1332(a). And it is typically the removing defendant's burden to show, by a preponderance of the evidence, that the amount in controversy exceeds the jurisdictional requirement. Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001).

Defendants removed this case to this Court on July 7, 2017, alleging diversity jurisdiction under § 1332. (Doc. 1.) But the Court is not satisfied that the § 1332's amount-in-

controversy requirement is met. In her complaint, Plaintiff alleges that she was injured in a car accident caused by Defendant Worley and that she "has incurred medical expenses in excess of [] $21,306.30 and lost wages in excess of $1.00." (Doc. 1-1 at 6.) In their notice of removal, Defendants contend that their counsel recently learned from Plaintiff's counsel that Plaintiff seeks more than $75,000 in damages. (Doc. 1 at 3-4.) But neither filing provides any detail about the extent of Plaintiff's injuries or the basis for her seeking more than $75,000. And, the Court notes, parties may not consent to subject-matter jurisdiction, making the Court inherently "leery of any stipulations the parties offer concerning the facts related to jurisdiction." Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1261, 1275 (11th Cir. 2000).

Within **30 days** from the date of this order, Defendants must provide the Court with evidence showing that the amount in controversy in this case exceeds $75,000. If they fail to do so, the Court will remand this case to the State Court of Richmond County.

**ORDER ENTERED** at Augusta, Georgia this 14th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA